**Order entered November 16, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00954-CV

## IN THE INTEREST OF T.J., W.J. AND T.J., CHILDREN

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-30035-2021

## ORDER

Mother's brief in this termination of parental rights case is overdue. Because these types of cases must be handled expeditiously, Mother is **ORDERED** to file her brief by **December 1, 2022**. *See* TEX. R. JUD. ADMIN. 6.2(a) (appeal of termination of the parent-child relationship should, so far as reasonably possible, be disposed of within 180 of the date the notice of appeal is filed). Failure to file the brief by the time specified may result in an order for the trial court to conduct a hearing to determine why Mother's brief has not been filed. *See* TEX. R. APP. P. 38.9(a)(2).

/s/    DENNISE GARCIA
       JUSTICE